1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw



8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

11 CECIL SHAW,                               )   Case No.  5:14-cv-00709-EJD
                                             )
12             Plaintiff,                    )
                                             )
13     vs.                                   )   **STIPULATION FOR DISMISSAL OF**
                                             )   **DEFENDANTS KUO'S ENTERPRISES,**
14 SUNNYVALE CIVIC SQUARE, LLC, et al.,      )   **INC. DBA POPEYES #10114, SIN YING**
                                             )   **ALICE PUN DBA THE BAY FISH &**
15             Defendants.                   )   **CHIPS, CHUN YU TSE DBA THE BAY**
                                             )   **FISH & CHIPS, AND ADAMSON'S**
16                                           )   **FRENCH DIP, LLC ONLY**
                                             )
17                                           )
                                             )
18                                           )

       IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Sunnyvale Civic Square, LLC; Kuo's Enterprises Inc. dba Popeye's #10114; Lawrence Foods, Inc. dba Pho Nam Restaurant; Sin Ying Alice Pun dba The Bay Fish & Chips; Chun Yu Tse dba The Bay Fish & Chips; and Adamson's French Dip, LLC, the parties remaining in this action, by and through their respective counsel, that **only Defendants Kuo's Enterprises, Inc. dba Popeye's #10114, Sin Ying Alice Pun dba The Bay Fish & Chips, Chun Yu Tse dba The Bay Fish & Chips, and Adamson's French Dip, LLC** are hereby dismissed from the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1  Dated: November 4, 2014					MOORE LAW FIRM, P.C.

2

3							*/s/ Tanya E. Moore*
							Tanya E. Moore
4							Attorneys for Plaintiff
							Cecil Shaw
5

6							HOGE, FENTON, JONES & APPEL, INC.

7

8							*/s/ James R. Hawley*
							James R. Hawley
9							Attorneys for Defendant
							Sunnyvale Civic Square, LLC
10

11							MORGAN, FRANICH, FREDKIN & MARSH

12

13							*/s/ Elizabeth M. Pappy*
							Elizabeth M. Pappy
14							Attorneys for Defendant
							Kuo Enterprises, Inc. dba Popeye's #10114
15

16							BERLINER COHEN

17

18							*/s/ Laura Palazzolo*
							Laura Palazzolo
19							Attorneys for Defendants
							Camino Foods, Inc. (erroneously sued as Lawrence
20							Foods Inc.) dba Pho Nam Restaurant; Sin Ying
							Alice Pun dba The Bay Fish & Chips; and Chun
21							Yu Tse dba The Bay Fish & Chips

22

23							LAW OFFICES OF MICHAEL HEATH

24

25							*/s/ Michael Heath*
							Michael Heath
26							Attorney for Defendant
							Adamson's French Dip, LLC
27

28

STIPULATION FOR DISMISSAL

Page 2