1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CECIL SHAW, | ) | Case No.  5:14-cv-00709-EJD |
|---|---|---|
| Plaintiff, | ) | Related Case: 5:14-cv-03681-EJD |
| vs. | ) | **STIPULATION FOR DISMISSAL OF ACTIONS** |
| SUNNYVALE CIVIC SQUARE, LLC, et al., | ) | |
| Defendants. | ) | |

STIPULATION FOR DISMISSAL

Page 1

1  IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Sunnyvale Civic Square, LLC, and Camino Foods, Inc. (erroneously sued as Lawrence Foods Inc.) dba Pho Nam Restaurant, the parties remaining in this action, by and through their respective counsel, that the action is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall close each case.

Dated:  December 3, 2014            MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　Cecil Shaw


　　　　　　　　　　　　　　　　　HOGE, FENTON, JONES & APPEL, INC.


　　　　　　　　　　　　　　　　　*/s/ Shella Deen*
　　　　　　　　　　　　　　　　　Shella Deen
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　Sunnyvale Civic Square, LLC


　　　　　　　　　　　　　　　　　BERLINER COHEN


　　　　　　　　　　　　　　　　　*/s/ Laura Palazzolo*
　　　　　　　　　　　　　　　　　Laura Palazzolo
　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　Camino Foods, Inc. (erroneously sued as Lawrence
　　　　　　　　　　　　　　　　　Foods Inc.) dba Pho Nam Restaurant